Felicia Medina (SBN 255804), fmedina@medinaorthwein.com
Jennifer Orthwein (SBN 255196), jorthwein@medinaorthwein.com
Kevin Love Hubbard (SBN 290759), khubbard@medinaorthwein.com
MEDINA ORTHWEIN LLP
1322 Webster Street, Suite 200
Oakland, CA 94612
Telephone: (510) 823-2040
Facsimile: (510) 217-3580

*Attorneys for Plaintiff Lori Jespersen*

William H. Downer (SBN 257644), William.Downer@doj.ca.gov
Catherine E. Flores (SBN 252240), Catherine.Flores@doj.ca.gov
DEPUTY ATTORNEYS GENERAL
Xavier Becerra
ATTORNEY GENERAL
State of California
Department of Justice
1300 I Street, Suite 125
Sacramento, CA 94244-2550
Telephone: (916) 210-6120
Facsimile: (916) 324-5567

*Attorneys for Defendants CDCR, Robert Fox, Joan Gerbasi, Joseph Dintino, Felix Hopper, Thomas Huntley, and Tia McDaniel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LORI JESPERSEN,

    **Plaintiff,**

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; ROBERT FOX; JOAN GERBASI; JOSEPH DINTINO; FELIX HOPPER; THOMAS HUNTLEY; TIA MCDANIELS; and DOES 1-50, INCLUSIVE,

    **Defendants.**

Case No.: 2:17-CV-01689-KJM-DB

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR STATUS CONFERENCE**

STIPULATION TO EXTEND TIME FOR STATUS CONFERENCE

Pursuant to Local Rule 143 and 144, Plaintiff Lori Jespersen ("Plaintiff") and Defendants California Department of Corrections and Rehabilitation ("CDCR"), Robert Fox, Joan Gerbasi, Joseph Dintino, Felix Hopper, Thomas Huntley, and Tia McDaniel (collectively, "Defendants"), by and through their attorneys, stipulate and agree as follows:

1. On August 14, 2017, Plaintiff filed the Complaint in this action.

2. Also on August 14, 2017, the Court set a Status (Pretrial Scheduling) Conference for December 14, 2017 at 2:30 PM. (ECF No. 3.) The Court further ordered that Plaintiff and Defendants (collectively, "the Parties") complete their Rule 26(f) and Local Rule 240(b) discovery conference at least 21 days before the Status Conference, or by November 23, 2017, and submit at Joint Status Report at least seven days prior to the Status Conference, or by December 7, 2017. (*Id.*)

3. On August 17, 2017, Plaintiff personally served the Complaint and the Court's Order on Defendant CDCR.

4. Following service of the Complaint, counsel for the Parties met and conferred productively in an effort to address alleged deficiencies in the Complaint raised by Defendants.

5. On September 9, 2017, Plaintiff filed the First Amended Complaint.

6. On September 13, 2017, the Parties reopened settlement discussions that had begun prior to the filing of the Complaint. Since that time, the Parties have engaged in good faith efforts to settle this matter before expending further resources and requiring further involvement from the Court.

7. On September 25, 2017, counsel for Defendants indicated that they would need additional time to prepare an evaluation of the case before settlement discussions could progress. The parties agreed that Plaintiff would refrain from serving the First Amended Complaint to provide additional time for settlement discussions, and that Defendants would refrain from filing any responsive pleadings before they were served.

8. As the 90-day deadline to serve all parties with the Complaint set by Federal Rule of Civil Procedure 4(m) and the Court's Order, (ECF No. 3 at 1), approached, the Parties met and conferred and agreed that Defendants would agree to waive service of summons and the First Amended Complaint for all named Defendants, extending their time to respond to 60 days under Federal Rule of Civil Procedure 4(d), in order to provide more time to explore settlement. The Parties further agreed that Defendants

| | |
|---|---|
| 1 | would not file any responsive pleading without first notifying counsel for Plaintiff. |
| 2 | 9. On November 10, 2017, Plaintiff filed the executed Waiver of Service for the First |
| 3 | Amended Complaint on all named Defendants. As a result, the time to answer the First Amended |
| 4 | Complaint for all Defendants is now January 9, 2018. |
| 5 | 10. Since the filing of the initial Complaint, the Parties have worked cooperatively, and met |
| 6 | and conferred extensively, to resolve potential disputes without the Court's intervention and to explore |
| 7 | the possibility of settlement. The Parties agree that there is good cause to delay the Status (Pretrial |
| 8 | Scheduling) Conference while they continue settlement discussions in an effort to resolve this matter |
| 9 | before further expending the Court's time and resources. |
| 10 | 11. Consistent with their duty under Local Rule 160, counsel for the Parties shall promptly |
| 11 | provide notice to the Court if they are able to reach settlement or other resolution. |
| 12 | 12. There have been no previous extensions of time in this matter. |

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that the time for the Status (Pretrial Scheduling) Conference be extended until **January 11, 2018** at **02:30 PM,** before Judge Mueller in Courtroom Three, or at a time thereafter when the Court is available to set the Status Conference. The deadline for the Parties to complete their Rule 26(f) and Local Rule 240(b) discovery conference shall remain 21 days before the Status Conference, and the parties shall submit a Joint Status Report at least seven days prior to the Status Conference.

Dated: November 21, 2017

Respectfully Submitted,

/s/ Felicia Medina

Felicia Medina

Felicia Medina
Jennifer Orthwein
Kevin Love Hubbard
MEDINA ORTHWEIN LLP

*Attorneys for Plaintiff Lori Jespersen*

---

STIPULATION TO EXTEND TIME FOR STATUS CONFERENCE     2

Dated: 11/20/17

William H. Downer
Catherine E. Flores
DEPUTY ATTORNEYS GENERAL

Xavier Becerra
ATTORNEY GENERAL

*Attorneys for Defendants CDCR, Robert Fox, Joan Gerbasi, Joseph Dintino, Felix Hopper, Thomas Huntley, and Tia McDaniel*

State of California
Department of Justice
1300 I Street, Suite 125
Sacramento, CA 94244-2550
Telephone: (916) 210-6120
Facsimile: (916) 324-5567
Email: William.Downer@doj.ca.gov

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE KIMBERLY J. MUELLER
United States District Judge

STIPULATION TO EXTEND TIME FOR STATUS CONFERENCE  3