Felicia Medina (SBN 255804)
fmedina@medinaorthwein.com
Jennifer Orthwein (SBN 255196)
jorthwein@medinaorthwein.com
Kevin Love Hubbard (SBN 290759)
khubbard@medinaorthwein.com
MEDINA ORTHWEIN LLP
1322 Webster Street, Suite 200
Oakland, CA 94612
Telephone: (510) 823-2040
Facsimile: (510) 217-3580

*Attorneys for Plaintiff Lori Jespersen*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI JESPERSEN,<br><br>**Plaintiff,**<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; ROBERT FOX; JOAN GERBASI; JOSEPH DINTINO; FELIX HOPPER; THOMAS HUNTLEY; TIA MCDANIELS; and DOES 1-50, INCLUSIVE,<br><br>**Defendants**. | Case No.: 2:17-CV-01689-KJM-DB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER**<br><br>Judge:   Kimberly J. Mueller<br><br>Compl. Filed:   August 14, 2017<br>FAC Filed:   September 7, 2017 |

# NOTICE

**WHEREAS**, no defendant has filed an answer or a motion for summary judgment in this action; and

**WHEREAS**, no cross-claim or counter-claim has been filed in this action.

**NOW, THEREFORE**, Plaintiff Lori Jespersen hereby dismisses this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) so that it may be re-filed in state court pursuant to 28 U.S.C. § 1367(d).

Dated: January 4, 2018                     Respectfully Submitted,

*/s/ Felicia Medina*
_____
Felicia Medina
Jennifer Orthwein
Kevin Love Hubbard
MEDINA ORTHWEIN LLP

*Attorneys for Plaintiff Lori Jepsersen*

# ORDER

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice in its entirety.  The clerk is directed to close this action.

Dated: _____         _____
                                  Honorable Kimberly J. Mueller
                                  United States District Judge